WILLIAM WERNER, Respondent, *v.* THE CITY OF NEW YORK et al., Appellants.

*Contract — action to recover balance alleged to be due on building contract — defense of failure to fully perform.*

*Werner* v. *City of New York*, 189 App. Div. 910, affirmed.
(Argued February 1, 1921; decided March 1, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 8, 1919, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was to recover a balance alleged to be due upon a contract for the fireproofing of certain school buildings in the borough of Brooklyn. The defense was failure to fully perform.

*John P. O'Brien, Corporation Counsel (John F. O'Brien, William E. C. Mayer* and *James P. O'Connor* of counsel), for appellants.

*Jeremiah T. Mahoney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: HOGAN, J.